IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01110-LTB-KMT

MICHELLE GREEN,

    Plaintiff,

v.

JAMES J. STANDLEY, an individual, d/b/a STANDLEY AND ASSOCIATES, LLC, a Colorado limited liability company; and
GTF SERVICES, LLC, a Colorado limited liability company,

    Defendants.

_____

ORDER
_____

    This case is before me on Plaintiff's Motion for Attorney's Fees [Doc # 25]. After consideration of the motion, all related pleadings, and the case file, I grant Plaintiff's motion as set forth below.

    In this case under the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. § 1692 *et seq.*, judgment was entered for Plaintiff and against Defendants in the amount of $1,502 plus costs and reasonable attorney fees pursuant to Defendants' Offer of Judgment under Fed. R. Civ. P. 68. *See* Doc #24. The FDCPA specifically authorizes an award of costs and attorney fees to a prevailing plaintiff. 15 U.S.C. § 1692k(a)(3).

    Plaintiff now seeks an award of attorney fees in the amount of $4,350 calculated by multiplying counsel's hourly rate of $250 by 17.4 hours. In support of this request, Plaintiff has submitted billing records, an affidavit from her counsel, and an affidavit from another attorney experienced in these types of cases. Defendants filed a response to Plaintiff's motion but did not

dispute the reasonableness of counsel's hourly rate or the amount of time expended.

After reviewing the record before me, I conclude that the attorney fees incurred by Plaintiff were both reasonable and necessary under the facts of this case. IT IS THEREFORE ORDERED that

1. Plaintiff's Motion for Attorney's Fees [Doc # 25] is GRANTED; and

2. Judgment shall enter in favor of Plaintiff and against Defendants for reasonable attorney fees in the amount of $4,350; and

3. This judgment amount shall be added to the previously entered judgment of $1,502 and cost award of $470 for a total judgment in favor of Plaintiff and against Defendants in the amount of $6,322 plus post-judgment interest.

Dated: September   29  , 2015.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge